1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION**

| | |
|---|---|
| TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation; TRAVELERS PROPERTY AND CASUALTY COMPANY OF AMERICA, a Connecticut corporation<br><br>    Plaintiffs,<br><br>    v.<br><br>CENTEX HOMES, a Nevada general partnership, CENTEX REAL ESTATE CORPORATION, a Nevada corporation; and DOES 1 through 10 inclusive,<br><br>    Defendants. | Case No. 1:15-cv-00233-AWI-SAB<br><br>**ORDER GRANTING STIPULATION TO EXTEND PLAINTIFFS' TIME TO FILE AN AMENDED COMPLAINT** |

1

TO ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:

     IT IS HEREBY ORDERED granting the Joint Stipulation To Extend Plaintiffs' Time To File an Amended Complaint.  Plaintiffs' deadline to file an amended complaint will be <u>Thursday, May 20, 2015.</u>

IT IS SO ORDERED.

Dated:   **May 11, 2015**

                                    UNITED STATES MAGISTRATE JUDGE