UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, a Connecticut corporation, et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>CENTEX HOMES, a Nevada general partnership,<br><br>        Defendant. | CASE NO. 1:15-CV-233 AWI SAB<br><br>ORDER CLOSING CASE IN LIGHT OF STIPULATION FOR DISMISSAL WITHOUT PREJUDICE |

On July 6, 2015, the parties filed a stipulation for dismissal of this case without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). See Doc. No. 15.

Rule 41(a)(1), in relevant part, reads:

> (A) . . . the plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared. . . . (B) Unless the notice or stipulation states otherwise, the dismissal is without prejudice.

Dismissals under Rule 41(a)(1)(A), when properly filed, are effective immediately and do not require a court order/court approval. See Fed. R. Civ. P. 41(a)(1); Yesh Music v. Lakewood Church, 727 F.3d 356, 362 (5th Cir. 2013); Commercial Space Mgmt. Co. v. Boeing Co., 193 F.3d 1074, 1077 (9th Cir. 1999); Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997).

Here, no answers or summary judgment motions have been filed. Furthermore,

Defendant's attorney has signed the stipulated dismissal.  Because the requirements of Rule 41(a)(1)(A) have been met, this case has terminated.  See id.

Therefore, IT IS HEREBY ORDERED that the Clerk shall CLOSE this case in light of the filed and signed Rule 41(a)(1) Stipulation Of Dismissal Without Prejudice.

IT IS SO ORDERED.

Dated:   July 8, 2015                                  _____
                                                                         SENIOR DISTRICT JUDGE